PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

# UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

**FILED**

SEP 3 0 2025

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Case No. _____N / A_____
(to be filled in by the Clerk's Office)

2 5 CV - 5 2 2 CVE - JFJ

Henry Joseph Jaquez
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Tulsa City Police Department
Dennis Larson -(TPD Chief)
Shannon Jennings -(TPD Head Superintendant)
Stephen A. Kunzweiler -(Tulsa County D.A.)
Paul Madden -(TPD L.t.)
Tulsa County
"See attached"
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

✓ Mail ___ No Cert Svc ___ No Orig Sign

___ O/J ___ C/MJ . ___ C/Ret'd ___ No Env

___ Cpys ✓ No Env/Cpys ___O/J ___ O/MJ

8 summons
(child toy)
IFP

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Henry Joseph Jaquez

All other names by which you have been known: The People / Tax Payer / Prisoner / felon

ID Number: 1227365

Current Institution: Tulsa County Jail / David L. Moss

Address: 300 N. Denver Ave.

Tulsa            OK        74103
*City*          *State*      *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Tulsa City Police Department

Job or Title *(if known)*: Law Enforcement Agency

Shield Number: N/A

Employer: City of Tulsa - Tax payers

Address: 600 Civic Center

Tulsa            OK        74103
*City*          *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name: Dennis Larson

Job or Title *(if known)*: Tulsa City Police Cheif

Shield Number: N/A

Employer: City of Tulsa - tax payers

Address: 600 Civic Center

Tulsa            OK        74103
*City*          *State*      *Zip Code*

☑ Individual capacity    ☑ Official capacity

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3

Name        Shannon Jennings

Job or Title *(if known)*   Tulsa City Police Department Head Superintendant Records

Shield Number    N/A    Information

Employer     Tulsa City - Tax payers

Address      3920 Adams Rd.

Mounds    OK    74047
*City*    *State*    *Zip Code*

☑ Individual capacity    ☑ Official capacity

Defendant No. 4

Name        Stephen A. Kunzweiler

Job or Title *(if known)*   Tulsa County District Attorney

Shield Number    N/A

Employer     Tulsa County — Tax payers

Address      500 S. Denver, Suite 800

Tulsa    OK    74103-3832
*City*    *State*    *Zip Code*

☑ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

(1. Fourth Amendment Illegal Search and Seizures / 7.) First Amendment Free Religon with Retaliation
(2. Second Amendment right to bear Arms / 8.) First Amendment Freedom of the Press Defromation
(3. Fourteenth Amendment Due process of Law / 
(4. Eight Amendment and Fourteenth Amendment Cruel and Unusual Punishments Deliberate
    Indifference to Health and Safety / 9.) First Amendment Freedom of Consortium
(5. Fourteenth Amendment Equal Rights Protection/
(6. First Amendment Freedom of Speech with Retaliation/

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

B. The Defendant(s)                    (Attached) Page 2 of 9

Defendant No. 5

name: Paul Madden
Job or Title: Tulsa City Police Officer L.t.
sheild number: N/A
Employer: Tulsa City - tax payers
Address: 600 Civic Center

| Tulsa City | Oklahoma | 74103 |
|------------|----------|-------|
| | state | Zip Code |

☑ individual capacity    ☑ OFFicial capacity

Defendant No. 6

name: Tulsa County
Job or Title: Tulsa County
sheild number: N/A
Employer: Tulsa County - tax payers
Address: 500 S. Denver, suite 800

| Tulsa City | Oklahoma | 74103-3832 |
|------------|----------|------------|
| | state | zip code |

☑ individual capacity    ☑ OFFicial capacity

B. The Defendant(s)                    (Attached) Page 2 of 9

Defendant No. 7

name: Central Broadcasting Station (CBS) News channel 6
Job or Title: Televison Broadcasting Network-News channel 6
Sheild number: N/A
Employer: Central Broadcasting Station
Address: 303 N. Boston Ave

     Tulsa    Oklahoma   74103
     city      state    zip code

    ☑ individual capacity   ☑ official capacity

Defendant No. 8

name: Lori Fullbright
Job or Title: News channel 6 Anchor
Sheild number: N/A
Employer: News channel 6 (CBS)
Address: 303 N. Boston Ave

     Tulsa    Oklahoma   74103
     city      state    zip code

    ☑ individual capacity   ☑ official capacity

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

N|A

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. All the defendant(s) are acting under the Color of the Law, working under Oklahoma Laws and working and employeed under United States Laws and Constitutions, and public laws, and Policies, procedures, Codes, Standards, and restrictions. For the City, County, and state

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*  _____ N|A _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See, attached Count one (1)      See, attached Count Five (5)
See, attached Count two (2)      See, attached Count Six (6)
See, attached Count three (3)    See, attached count seven (7)
See, attached Count four (4)     See, attached Count Eight (8)
                                 See, attached Count nine (9)

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

See, attached Count one (1)      See, attached Count Five (5)
See, attached Count two (2)      See, attached count Six (6)
See, attached Count three (3)    See, attached Count seven (7)
See, attached Count four (4)     See, attached Count Eight (8)
                                 See, attached Count nine (9)

IV. Statement of claim                    ( Pg. 1 of 2 )

Complaint; 42 U.S.C. § 1983

Attached: Count one(1)

<u>Violation of my Fourth Amendment
to be free from illegal search and
seizures</u>

From on or about August 6th, 2025, through on or about
September 21st, 2025, and ongoing, within Tulsa, Oklahoma
in the Northern District of Oklahoma, the defendant(s),
Tulsa City Police Department, Dennis Larson, Shannon
Jennings, Paul Madden, Stephen A. Kunzweiler, and Tulsa
County, Knowingly and unlawfully seized without warrant to
do so, confined me, inveigled, decoyed, abducted, carried away,
and held for some purpose and benefit, this (plaintiff)
Henry Joseph Jaquez, my person and my properties, taking
custody of me and unlawfully imprisoned and illegally
seized me and my personal belongings, my home, my
vehical and title, my home lease, my Fine Art collection,
(2) two jewelry shops, jewelry collection, expensive designer
clothing, furniture, Rolex watches, music studio, my pet
dog and cat, and (6) six firearms and ammunitions. On the
day of or around the day of September 11th, 2025, in the

Attached Count one(1) continued;      (Pg. 2 of 2)


  District court for Tulsa County Oklahoma, Tulsa County
dismissed the case against me, CF-2025-039644, with
also a Notice of Seizure and Forfeiture of (6) six firearms,
CV-2025-01898, Tulsa County District Court, on August 21st,
2025, filed. This prisoner-plaintiff still remains in the
custody of Tulsa County although claims, and charges made
by Tulsa City Police Department were dismissed. I have now
fully exhausted all my available administrative remedies at city
and county and state levels and I'm sueing Tulsa City Police
Department in it's official capacity and Tulsa County in it's official
capacity, and challenging illegal search and seizure policies,
procedures, and corrupted policies, procedures, and codes. I am
sueing Dennis Larson, Shannon Jennings, Paul Madden, and Stephen
A. Kunzweiler in their individual capacities for personal
participation in the violations of my Fourth Amendment Federal
Civil Protected Constitutional Rights on and through the dates
stated above in this indictment, I am sueing each named in
their official capacities also, for all are policymakers for
Tulsa City, and Tulsa County, I'm sueing both capacities.

                    End of Complaint
                    Count one (1)
                    42 U.S.C. § 1983

IV. Statement of Claim                    (Pg. 1 of 2)

Complaint; 42 U.S.C. § 1983

Attached: Count two (2)

<u>Violation of my Second Amendment Protected</u>
<u>Federal Rights "felon" the people" to Keep</u>
<u>and bear Arms being infringed</u>

From on or about August 6th, 2025, through on or about
September 11th, 2025 and ongoing, within Tulsa, Oklahoma
in the Northern District of Oklahoma, the defendant(s),
Tulsa City Police Department, Dennis Larson, Shannon Jennings,
Paul Madden, Stephen A. Kunzweiler, and Tulsa County, all
Knowingly, unlawfully, willingfully, and meaningfully, and did
intentionally infringe upon my well regulated Militia, while
being necessary to the security of a free State (Oklahoma)
the right of "the people", myself, (prisoner - plaintiff)
Henry Joseph Jaquez, a felon, under United States
Constitution, to Keep and bear Arms. I was decoyed,
abducted, carried away, confined, arrested, questioned,
imprisoned, booked, and charged by Tulsa City Police
Department on the day of or around August 6th, 2025,
and passed to Tulsa County as a prisoner. The Tulsa
County District Court charged me again on case number

Attached Count two(2) continued; (Pg. 2 of 2)

CF-2025-039644 for (6) six counts, one count for possession of a firearm(s) after formal conviction of a felony. This case was dismissed and disposed of on or around September 11th, 2025. Tulsa County filed on August 21st, 2025, CV-2025-01898, a Notice of Seizure and Forfeiture of (6) six firearms. I am sueing the Tulsa City Police Department and Tulsa County in their official capacities and challenging policies, procedures, and codes that are inconsistent with plain text Second Amendment "the people" right to bear Arms, I am challenging policies that also contradict against the Nation's historical tradition of firearm regulation in a free State. I am sueing Dennis Larson, Shannon Jennings, Paul Madden, and Stephen A. Kunzweiler in their individual capacities for being personally involved, I'm also sueing all named in their official capacities for all are policy-makers, I'm sueing both capacities.

End of complaint
Count two(2)
42 U.S.C. §1983

IV.   Statement of Claim:              (Pg. 1 of 2)

Complaint; 42 U.S.C. § 1983

Attached: count three (3)

   Violation of my Fourteenth Amendment
   as a pre-Trial detainee to recieve Due
   Process of Law

   From on or about August 5th, 2025, through on or about
September 11th, 2025, and ongoing, within Tulsa, Oklahoma
in the Northern District of Oklahoma, the defendant(s),
Tulsa City Police Department, Dennis Larson, Shannon Jennings,
Paul Madden, Stephen A. Kunzweiler, and Tulsa County, all did
Knowingly, meaningfully, willingfully, intentionally, and unlawfully
tampered with evidence against me, did not announce theirselves
to me, shot firearms against me through my home, took my
Miranda Rights away, and my rights to an attorney before
questioning me, confined and imprisoned me, did not provide
me with information and informal charge(s) againt me, did not
provide me with a probable cause affidavit, nor access to
a discovery, tampered physical evidence and witness
testimony, taking my rights to a fast and speedy trial,
and corrupted a case against me with intent to harm
my protected Due Process of Law in case number #

Attached Count three (3) continued;        (Pg. 2 of 2)

CF-2025-039644, in Tulsa County District Court. Tulsa
City Police Department passed this case to Tulsa County,
and this case was dismissed and disposed on or around
September 11th, 2025. I am sueing Tulsa City Police
Department and Tulsa County in their official capacities
and challenging policies, procedures, and codes, and why
and how can due process be avoided and violated then
passed on to other official(s), Knowing the case(s) are dirty
and corrupted and tampered. I am sueing Dennis Larson,
Shannon Jennings, Paul Madden, and Stephen A. Kunzweiler
in their individual capacities for all personally
participated in the dates from on or around August
5th, 2025, through September 11th, 2025, and ongoing.
I'm sueing each named in their official capacities
for all are policymakers, I'm sueing both capacities.

                    End of Complaint
                    Count three (3)
                    42 U.S.C. § 1983

IV.  Statement of Claim                    (Pg. 1 of 3)

Complaint; 42 U.S.C. § 1983

Attached: Count Four (4)

   Violation of my 8th and 14th Amendment
   to be free from Cruel and Unusual
   Punishment Deliberate Indifference


   From on or about July 7th, 2025, through on or
about July 14th, 2025, within Tulsa, Oklahoma in the
Northern District of Oklahoma, the defendant(s), Tulsa City
Police Department, Dennis Larson, Shannon Jennings, and
Paul Madden, Knowing of a serious risk of harm to my
health and safety and security of my person, the public,
my property, and my home, and the welfare of my family,
but simply, and wantonly, and recklessly disregarded it
at a higher standard then negligence, with deliberate
indifference to a serious need of help and emergency
when calling 911 and reporting a intruder Kicking in my
wife Jammie Jones and I door with a possible gun. The
intruder identified as Jordan Jones, my wife Jammie Jones
son, has prior convictions for shooting one man with a
gun, was captured by Tulsa City Police Department and

Attached Count four (4) continues;        (Pg. 2 of 3)

released. My address was at: 1235 S. 120th E. Ave. #17
Tulsa, Oklahoma 74128. I called and spoke with my Aunt
Shannon Jennings at the time of break in who informed
me to call 911, I spoke with Shannon Jennings (my Aunt)
and (defendant) several times, and Paul Madden who are
both from Tulsa City Police Department and defendant(s)
These two had orders from Dennis Larson to not
enforce the criminal law and procedures. Jordan Jones
continued two more attempts breaking in Jammie Jones
and my door to our home, and we called 911 and Shannon
Jennings, and Paul Madden several times, and Jordan
Jones was captured by Tulsa City Police Department
and released without being charged. Tulsa City Police
would not come and take a report and I was ordered
by defendant(s) Shannon Jennings and Paul Madden to
shoot Jordan Jones, during these dates of or around
July 7th, 2025, through on or around July 14th, 2025, I
contacted President Donald J. Trump, Elon Musk, Senetor
Markwayne Mullin, and Senetor Todd Gillihare via
Facebook messenger, and passed information, reports, and
texts, and Posts, recieving responses and reactions. I am
not sueing President Donald J. Trump, Elon Musk, Senetor
Markwayne Mullin, Senetor Todd Gillihare, Jammie Jones,
Jordan Jones, Facebook messenger, nor 911, these are

Attached Count four (4) continued;       ( Pg. 3 of 3)

all witness(es). I am sueing Tulsa City Police
Department, Dennis Larson, Shannon Jennings, and
Paul Madden in their official capacities for not
enforceing public law, criminal laws, health and
safety policies and procedures and codes, protect
and serve policy, and for being deliberate and
indifferent to my well being. I am sueing each
defendant in their individual capacity for personal
participation. I'm sueing both capacities.

                    End of complaint
                    Count four (4)
                    42 U.S.C. § 1983

IV. Statement of claim                    ( Pg. 1 of 2)

  Complaint; 42 U.S.C. § 1983

  Attached: Count Five (5)

     Violation of my Fourteenth Amendment
     Equal Rights Protection


  From on or about August 5th, 2025, through on or about
September 11th, 2025, and ongoing, within Tulsa, Oklahoma in
the Northern District of Oklahoma, the defendant(s), Tulsa
City Police Department, Dennis Larson, Shannon Jennings,
Paul Madden, Stephen A. Kunzweiler, and Tulsa County all
Knowingly, unlawfully, willingfully, meaningfully, and intentionally
did violate my Equal Protected Rights when a Domestic violence
call and case # CF-2025-039644, was charged by Tulsa City
Police Department, and filed by Tulsa County, was dismissed
on or around September 11th, 2025. My common law wife
of nine (9) years, Jammie Jones, was not charged with any
case although there was (7) seven firearms and (1,165)
one thousand one hundred and sixty-five rounds of ammunitions
found in her (Jammie Jones-witness) house and vehical that are
leased and titled in both our names. Jammie Jones is a
Citizen of Cherokee Nation and not a felon and able to
purchase firearms and ammunitions, and does, and did, and I
am a felon, and citizen, and cannot. During Domestic calls

Attached Count Five (5) continued;        (Pg. 2 of 2)

Tulsa City Police Department and Tulsa County only take the side of the woman, and charge the man. This is a practice that is common, one sided, and not equal. Speaking with Shannon Jennings (defendant) my Aunt, during negotiation she stated; "Henry give up your guns", and that, "she already seen pictures of Jammie", Knowing Jammie was, and is, a gun owner. This is not equal, since Jammie Jones (witness) was never charged, although she bought the guns and ammo, and leased and owned the house and vehical. Domestic violence calls are one sided in Tulsa County, and case(s) are never filed on the woman. I am sueing Tulsa City Police Department and Tulsa County in their official capacities for policies, procedures, and codes that are one sided and provide loopholes to not charge the woman, but only the man, I am sueing Dennis Larson, Shannon Jennings, and Paul Madden in their individual capacities for personal participation during the dates stated above, and Stephen A. Kunzweiler in his individual capacity for personal participation, I'm sueing all named defendant(s) in their official capacities for all are policy-makers, I am challenging Domestic vidence policies, and procedural corrupted loopholes. I'm sueing both capacities. I am not sueing Jammie, or Jammie Jones, nor Cherokee Nation, these are witnesses. Plaintiff is, "Henry", I'm not sueing myself.

End of Complaint
Count Five (5)
42 U.S.C. §1983

IV. Statement of claim                    ( Pg. 1 of 2 )

Complaint; 42 U.S.C. § 1983

Attached: Count Six (6)

### Violation of my First Amendment Protected Freedom of Speech with Retaliation

From on or about August 6th, 2025, through on or about September 11th, 2025, and ongoing, within Tulsa, Oklahoma in the Northern District of Oklahoma, the defendant(s), Tulsa City Police Department, Dennis Larson, Shannon Jennings, Paul Madden, Stephen A. Kunzweiler, and Tulsa County, all did Knowingly, willingfully, meaningfully, intentionally, and unlawfully, decoyed, used trickery, hatefully, inveigled, abducted, carried me away, confined me, and shot at me (20) twenty to (30) thirty times, imprisoned me, called me, and questioned me, then charged me for exercising my freedom of speech at: 1235 S. 120th E. Ave #17 Tulsa, Oklahoma 74128, at about 2:00 a.m. on or about August 6th, 2025, Tulsa City Police department shot through my home while I was laying on my bed, and then called me on my phone # 539-967-0007. I spoke with Tulsa City Police Department, and my Aunt, Shannon Jennings, both defendant(s), I asked "why did you just shoot through my house? you could of just came and Knocked, or called, now you Know it's a rude and disrespectful approach to shoot first and ask me questions later?" This conversation - debate carried on for about

Attached Count six(6) continued;                    (Pg. 2 of 2)

(20) twenty minutes, and I remained cool, calm, and collective listening to Tulsa City Police Department lie, and decoy about wanting to talk to me about a statement, Jammie Jones, said and made against me, I told Tulsa Police Department, "I was coming out with my hands in the air, and had my legal work and my digital voice recorder in my hands", immediately, Tulsa City Police Department shot (20-30) rounds through my house and windows for stating this. I was charged by Tulsa City Police Department and Tulsa County for a count of threatening to perform a act of violence on case# CF-2025-039644, in the Tulsa County District Court. This case was dismissed on or around September 11th, 2025. I am sueing Tulsa City Police Department and Tulsa County in their individual and official capacities and challenging criminal laws, procedures, policies, and codes, that are inconsistant with Federal law and freedom of speech protections, and rights to be free from Retaliation, because of what I say and believe. I am sueing Dennis Larson, Shannon Jennings, Paul Madden, and Stephen A. Kunzweiler in their individual capacities for personal involvement in this claim and sueing each in their official capacities for all are policy-makers. I'm sueing both capacities. I am not sueing Jammie Jones, she is a witness.

                                  End of complaint
                                  Count Six (6)
                                  42 U.S.C. §1983

IV. Statement of claim                    (Pg. 1 of 2)

Complaint ; 42 U.S.C. § 1983

Attached : Count Seven (7)

<u>Violation of my First Amendment Freedom of
Religon with Retaliation</u>

From on or about July 4th, 2025, through on or about
September 11th, 2025, within Tulsa, Oklahoma in the Northern
District of Oklahoma, the defendant(s), Tulsa City Police Department,
Dennis Larson, Shannon Jennings, Paul Madden, Stephen A. Kunzweiler,
and Tulsa County, did persecute me, and tried me, Charged
me, abducted me, used trickery on me, held me, harrassed
me, confined me, questioned me, gaslighted me, hated me, called
me, seized me, unlawfully imprisoned me, threatened me, screamed
at me, Destroyed my religous Bible, desecrated my religous
crosses and writings, and stomped my prayer oils and anointed
prayer rugs, knowing I am a "christian-republican", and have
strong beliefs in "Jesus", and strong "republican beliefs". I was
stripped of my faith and beliefs, and my religon, and charged
in Tulsa County for (6) six count(s) all felonies in: CF-<u>2025-039644</u>
Tulsa County District Court. These charges were dismissed and
disposed of on or around September 11th, 2025, and I asked
Tulsa City Police Department for "Peace" on August 6th, 2025,
and was shot at after I requested "Peace" and Told Tulsa

Attached Count Seven (7) continued;         (Pg. 2 of 2)

City Police I was a Christian and a Republican, on or
around August 21st, 2025, while in Tulsa County, while
speaking with Shannon Jennings (defendant) she stated; "I won't
have Peace until I'm (6) six feet under", on a recorded line
From Tulsa County. I asked for my religous materials and
belongings and Shannon Jennings stated that; "They aint
worth shit, and their not mine, and unless somebody
wanted to buy them they dont have value", casting lots. I
am sueing Tulsa City Police Department, and Tulsa County
in their official capacities, and challenging policies and
procedures on the handling of religous Items and materials,
and the seizure and forfeiture policies of Religous Items,
and confiscation of these religous Items - materials. I am suing
Dennis Larson, Shannon Jennings, Paul Madden, and Stephen
A. Kunzweiler in their individual capacities for personal
participation of desecration of blessed and anointed
religous items and materials, and persecutions of religous
person(s) and beliefs as to (plaintiff) Henry Joseph Jaquez. Im
sueing each named defendant in their official capacities for
all are policy-makers. Im sueing Both capacities.

End of Complaint
Count Seven (7)
42 U.S.C. § 1983

IV. Statement of claim                    (Page 1 of 2)

Complaint; 42 U.S.C. § 1983

Attached: Count Eight (8)

Violation of my First Amendment to be free
from Deframation by the Freedom of
the Press

From on or about August 6th, 2025, through on or
about September 11th, 2025, and ongoing, within Tulsa, Oklahoma
in the Northern District of Oklahoma, the defendant(s), Tulsa
City Police Department, Tulsa County, Shannon Jennings, Stephen
A. Kunzweiler, Central Broadcasting Station (CBS) News
Channel 6, and Lori Fullbright, all did Knowingly, meaningfully,
willingfully, intentionally, and unlawfully, slander me, reported
false news, televised me, publicly displayed me, assassinated
my character, used propaganda, wrote false witness
documents on me, projected false reports, illusionized
imiging of me to the people, and deframated me, when case
# CF-2025-039644, for Tulsa County District Court was filed
on or about August 6th, 2025, and dismissed and disposed
of on or around September 11th, 2025. Central Broadcasting
Station (CBS) news channel 6, did not report nor air this
news of dismissal, creating prejudice and false narritive.

Attached Count Eight (8) continued;        (Page 2 of 2)

I am sueing Tulsa City Police Department, Tulsa County, Dennis Larson, Shannon Jennings, Stephen A. Kunzweiler, Central Broadcasting Station (CBS) News Channel 6, and Lori Fullbright in their individual and official capacities for personal participation, and challenging policies, procedures, codes, liabilites, for reporting false news, propaganda, and deframations. I'm sueing both capacities.

> End of complaint
> Count Eight (8)
> 42 U.S.C. § 1983

IV. Statement of Claim                    (Pg. 1 of 2)

Complaint; 42 U.S.C. § 1983

Attached: Count nine (9)

Violation of my First Amendment to be free
from Loss of Consortium intimant Partnership

From on or about August 5th, 2024, through on or about
September 11th, 2025, and ongoing, within Tulsa, Oklahoma
in the Northern District of Oklahoma, the defendant(s),
Shannon Jennings, Tulsa City Police Department, Tulsa County,
and Lori Fullbright, all did Knowingly, meaningfully, willingfully,
intentionally, and unlawfully, seperate a deeply loving and intimant
sexual partnership, bonding, exchanging intercourse, in a serious
relationship with connection of intimacy, bodied together, and
commonly married, with properties, titles, leases, and
certifications together, Jammie Jones (witness) and I
(plaintiff) by and through using slander, hate, deceptions,
devices, controls, demoralizations, trickery, secrecy, abductions,
projections, safegaurding, recordings, conversing, verses against,
cohersioning, fashioning, exploiting, advantages, angers, mis-
fortunes, threats, draftings, writings, imagings, and chargings
and filings, confinements, jailings, and case(s) CF-2025-039644
in Tulsa County District Court, dismissed and disposed on

Attached Count nine(9) continued;          (Pg. 2 of 2)

around September 11th, 2025, with a No contact Order
being dismissed and disposed of along with. Jammie Jones
(witness) and I (plaintiff) have/had been in love for (9)
nine and a half years prior to being seperated by the
named defendant(s). I am suing Shannon Jennings, Tulsa
City Police Department, Tulsa County, and Lori Fullbright
in their individual and official Capacities for personal
participations and challenging policies, procedures, codes,
counsoling licences, divorce court licences, and if these
policies, procedures, codes, counsoling licences, or divorce
Court licences exist, or if marriage counsoling or licences
exist, or if these policies whether they exist or not,
grant divorces and powers thereof. I'm sueing both
Capacities.

                    End of Complaint
                    Count nine (9)
                    42 U.S.C. § 1983

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

C.  What date and approximate time did the events giving rise to your claim(s) occur?

See, attached count one (1)          See, attached count six (6)
See, attached count two (2)          See, attached count seven (7)
See, attached count three (3)        See, attached count eight (8)
See, attached count four (4)         See, attached count nine (9)
See, attached Count Five (5)

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See, attached count one (1)          See, attached count Eight (8)
See, attached count two (2)          See, attached count nine (9)
See, attached Count three (3)
See, attached count four (4)
See, attached Count Five (5)
See, attached Count six (6)
See, attached Count seven (7)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Stomach flu, nausea, vomitting, Headaches, migranes, itchy eyes, swollen eyes, swollen wrist abrasions to both wrist, mental health P.T.S.D., loss of consortium, property loss, business loss, loss of immunities, loss of pets, heartbrake, loss of family, loss of friendships, character assassination, humiliation, Deframation of Character, Jail costs, Public humiliation, loss of weight lbs, loss of titles and leases, loss of freedoms, loss of business opportunities, Broken and destroyed doors and windows and furniture and Fine Art, loss of credit, I have not recieved any treatments nor any relief, I have not heard from anyone, I lost trust in the Justice systems and medical systems, polices and procedures, and codes. I lost Love.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. (Please see attached Relief)

(1-22.)

VI.  Relief                (Attached Pg. 5 of 9)

(1.) Requesting a Order for summons and USM-285 to be
issued upon the named defendant(s) so the defendants
can be served with the complaint and a Order issueing
the Clerk of the Court to issue the summons and
USM-285 to the plaintiff so I may fill out and send
back to the Clerk of the Court for issue of service
to the USMS to serve the defendant(s) properly.

(2.) Requesting a Order of investigation by the court to
look into the matters stated in the complaint by the
Office of the Attorney General of the United States,
the Oklahoma Attorney General, and the U.S. Attorney.

(3.) Requesting a Order from the Court to issue this
prisoner-plaintiff an Attorney, being that these matters
are very large and complex and are not prison conditions
that I cannot investigate on my own, but deal in matters
that are outside of prison-jail, which would require
fact finders, and attorney law firms and teams to
properly investigate and collect evidence, ect al.,

(4.) Requesting a Order of permanet injunction relief
to make city, county, and State officials stop
arresting and charging felons for possession of
firearm(s) and ammunition(s) after formal conviction(s)
and to get in compliance with what the Law
states in plain text "the people" are felons when

V.I. Relief                              (Attached Pg. 5 of 9)

used in these terms and recognized under the United States Constitutions.

(5.) Requesting if the Order of Permanet Injuction Relief is "Granted", and the law changes, that Mandantory Reform become a Constitutional Right, People(s) Rights to Reform, and Prisoner(s) Right's to Reform. There is no law and order without proper and essential needs of Reforming as a Constitutional Foundation.

(6.) Requesting Reforming Programs for "the people", prisoner(s), ex-convicts, veteran(s), and juviniles, and childrens services as a Mandantory basic need to Constitutional change. Challenges faced by the Justice Systems, Courts, prisons, juvinile Justice Systems, probation and parole, Government, institutions, Medical and Mental health care systems, municipalities, cities, Counties, jails, and State departments, Governor(s) Office(s), and Presidential office(s), and Homeland Security are crucial. Reforming will be, and is, "a", basic essential need, and Mandantory relief Programs for Reforming people is the Act of must do, or fail. Reform is the Go to and median for the people."

(7.) Requesting systemic change for the good of the Country (U.S.A.). Current and old systems are creating unlawful convictions and injustices,

VI. Relief                          (Attached Pg. 5 of 9)

failing "the people" and creating, death, illnesses, mental and medical problems, and novel disaese(s), corruption at high levels, and ponzy schemes. creating newly system(s) and updated and highly advanced systems will be an essential basic need, All newly systems should all be linked in with the Department of Homeland Security and SPACE X Programs to ensure quality and protection and for the integrity of the Constitutional Reforming programs and reliefs and securities.

(8. Requesting policeing policies and procedures to be changed and redrafted without loopholes, and for a ordinary, or even lay person to understand, and for each city to give the laws, policies, and procedures, changes, updated information to each student in school from elementary to college. This should be linked into schools, education systems, and social media. Policeing should be educational, transformational, second chances, alternatives, and forms of Peacemaking and PeaceKeeping, not just a, licence to punish", we the people" are not trustworthy of Police officers because of fears of punishments and declared corruptions.

VI. Relief                          (Attached Pg. 5 & 9)

(9. I am requesting a full physical and phycologi-
cal examination. I am requesting that if I
pass these examinations that I could qualify
to be drafted into a branch of Government
Military of my choice, and that prisons, jails,
and court systems use this as a alternative
to punishment, and sentence, in jails, confinements,
and prisons if the firearms regulations change
for convicted felons.

(10. I am requesting a Order of temporary
injunction to Due Process of Law, to stop let-
ting City, County, and state officail(s) pass case(s)
like mine to Federal authorities after these
departments have tampered with the case(s).
This is not due process, that's pass the buck $

(11. I request that "Reform" will become our countries
(U.S.A.) Fundamental value system, educational system,
second chance system, court system, Policeing
system, in our jails and prison system, medical and
Mental health system, childrens services system,
inpatient and outpatient system, technoligy
system, supported by our nations capital
systems, and by and through the Department
of Homeland Security systems." Reforming People's
ACT 2025", is an Act to better shape our future.

VI. Relief                          (Attached Pg. 5 of 9)

(12. I am requesting "the People's Rights to Reform"
become a basic fundamentel foundation and Basic
Constitutional Federally Protected Civil Right
and Amended into United States Constitutions.

(13. I am requesting Attorney's Fees, filing fees,
nominal and declatory awards and costs,
compensations of relief, punitive damages,
cost's to build relief reform programs and facilities,
cost's to reconstruct new systems, and new buildings,
cost's to recreate new policies, codes, and
procedures, cost for new educational systems,
cost's for new technoligies and security systems,
cost's for SPACE-X Projects, and Department of
Homeland Security advanced and upgraded systems
and technoligy, copyright's cost's and liabilities,
cost's to create new Justice system with reforms,
Medical and Mental health cost's and liabilities,
and cost's to better reshape "the people's" future
at Total amount of: $250,000,000,000.ºº two
hundred and fifty billion dollars and zero cents.

(14. I request sentences be overturned, and dismissed
with prejudice on possession of firearm(s) after formal
conviction of a felony, to review old case(s) and new
case(s) and pending case(s) and Grant relief of
dismissal, Grant Post Conviction(s), appeals, and other

VI. Relief                                      (Attached Pg. 5 of 9)

Kind of sentence modification(s), expungement(s), and exoneration(s), of Conviction(s), and judgement and sentence(s), Governor(s) Communtation(s) be awarded, and Presidential Pardon(s) be awarded in specific case(s).

(15. Requesting a Order of Temporary Injunction Relief, to make city, county, and state official(s) stop arresting and charging felon(s), in the State of Oklahoma with/for possession of firearm(s) and ammunition(s) after formal Conviction(s) of a felony "And" to get in compliance with Oklahoma Constitution-plain text-/ The right of a citizen to keep and bear Arms in defence of his home, person, or property or aid of Civil power when thereunto legally summoned, shall never be prohibited but nothing herein contained shall prevent the legislature from regulating the carrying of weapon(s).

(16. Requesting Relief for City, county, and State officer(s) to train often in Civil laws, Equal rights, basic rights, fundamental rights, and Federal Protected rights, extended training in less lethals, de-escalations, and other kinds of alternatives than punishments. There needs to be reform officer(s) working with police officer(s) as a team effort. Reform officer(s) is a fundamental need for full proofing and accountability, and change. Reform officer(s) should have body camera's linked into the Department of Homeland Security and wear bright colors, and trained in Civil law, and equal rights, these officer(s) should not take woman's side only during or on calls to domestic disputes, and systemic change will create men's protection(s) policies and procedures and clause. These type of loopholes have and are creating injustice(s) and corrupting the systems.

VI. Relief                    (Attached Pg. 5 of 9)

(17. Requesting Free Speech systemic change with Reform and without Retaliations, and without punishment, and without being charged by; City, County, and State official(s) for criminal procedures, policies, and criminal laws that do not suproceed federal laws and Civil Constitutional Rights. These lesser laws and punishment(s) are granting power of injustices, loopholes to harrass, gaslight, charge, and wrongfully confine, imprison, and convict "the people". The injustices that are being enforced at lower levels of law enforcement, municipalities, city, county, and state levels have created a fear of "the people" to not speak up, because of fear of being punished, going to jail, or being labeled a snitch or whistleblower. This catch 22 system is fueled by fear and hate which both cannot be trusted and creates "silence" as a blanket affect, and fear of being a target if "the people" do speak. The city, county, and state can and will charge you for crimes if you make a statement, and so will the Feds, these same cannot charge you if you refuse to speak, and exercise your 5th. Even if you ask for a lawyer, common practice of law enforcement is to charge you with the biggest charge possible. This loophole gives attorneys, bondsmans, judges, and politicians a job, and the media and networks, news, producers, District attorneys something's to talk about while "the people" sit in silence, aww, and propaganda. The solution would be to outlaw Propaganda, and only allow Federal authorities, or "the people", to charge for "believed to be speech crimes.

VI. Relief                                    (Attached Pg. 5 of 9)

This solution will outlaw propaganda taught in schools, give our country a true value, standard, and better ethics, than to teach lies, trickery, and deception. Honesty would be the Key, and local law enforcement agencies a target to investigate lies, perjury, and hear'say as crime(s) punishable by law. This would give District Attorneys and Attorney Generals facts to use for prosecution(s) instead of unreliable witness(es). The people are losing their lives everyday, properties, families, reputations, jobs, et al., because of he say she say, we are in trying times, and in meth, opiod epidemic, Civil War, World Wars, and hateful times, everyone has been effected, and daughters turn on mothers sons on fathers, and husbands on wives. The local law enforcement and official(s) cannot just take one person(s), or even two people's word and charge for a crime. Policy change and Mandantory Reform is a must do, and not just up for debate, when it comes to Free Speech, the Court systems are failing and making guilty people innocent, and vice versa. Propaganda is creating injustices, brainwashing, and politicing around. "The People", need not debate when asking if Reform is needed, essentially and as a basic fundamental in Free Speech First Amendment Rights. This request is for a Temporary Injunction relief to be Ordered, to make officials, and politicians stop spewing hate speech publicly and to get in compliance with the 1st Amendment, proffessional Codes of Conduct, and State laws of threatening to perform acts of violence, and Treason.

VI. Relief                                    (Attached Pg. 5 of 9)

(18. Requesting that official(s) in City, County, and State departments(s), police officer(s), and other law enforcement agencies train in policies and procedures for the handling of religous items, materials, writings, rugs, oils, feathers, beadwork, statues, paintings, Bibles, crosses, bottles, medicine bags, tobacco,. I believe most people in this country possess religous beliefs of faith, and have in possession on their person, in their homes, vehicals, and yards for spiritual or pagen beliefs, and that these religous items and materials possess a certain energy, magic, anointing, blessing, and other powers, hopes, inspirations, protections, and makes the people feel safer, more secure, or in possession of a higher power. We are in trying times, and to some this is all they have left. We are at war with genocide and alot of items are, or could be easily desecrated. I request Reform and training in law enforcement to be able to identify items and materials that are religous, and to take extra precautions, with care and handling of sacred religous materials, memorials, items, and for health and safety. There needs to be Reform in Religous Freedoms, and the handling in Religous belief systems, Christians are being persecuted and de-moralized, Democrat is at war with Republic, there is a public display of lies, hate, and death instead of truth, love, and life. Requesting Reform as a Median.

VI. Relief                                    (Attached Pg. 5 of 9)

(19. Requesting relief for Reform in the Television and Radio broadcasting stations, systems, networks, advertizing, media, and press. Requesting restrictions on false news and reporting false or fake news or propaganda news. Requesting policies, rights, liabilities, procedures, codes, to be overlooked and redrafted without loopholes, and injustices. I request that only facts can be reported and supported by factual evidence and not allegations. I request if a alleged crime or arrest is reported, the journalist, press, and lor report the entirety of the case until appeals even, and who the attorney is for the accused. I request that hate speech, de-morilizing speech, and degrading speech be not reported publicly, and that the press, news, networks, and media be fined and charged for crime(s) punishable by law if this news is reported publicly and the reporter / journalist must report these hate crimes, hear'say, perjury, hate speech, de-moralized speech, and degrading speech to local, and federal law enforcement, and or, The Department of Homeland Security for charges to be filed, or investigated properly, using the recordings, digital, voice, cameras from the reporter / journalist / Press.

(20. Requesting a Order of Temporary / Permanet Injunction Relief for the Press to stop reporting False / Fake news, hate speech, de-morilizing speech, demonized speech, and deframated speech, and to get in compliance of 1st amendment, or 5th amendment Treason laws, and Professional Rules and Standards of Conduct.

VI. Relief                              (Attached Page 5 of 9)

21. I am requesting money damages for claim(s) for personal injuries in Counts six and seven and eight and for cost's to Reform. I request attorney's fees, nominal and declatory awards, costs for damages to lifestyles, court case injuries for deframation and wrongful conviction(s) by public announced false news, prejudices, ruining reputations, violation of the Press freedoms for practicing hate speech, and demoralizing and humiliations, cost's to reconstruct policies, procedures, codes, stations, broadcasting, Televison programing, and Radio stationing, cost's for investigations and time and expenses for back-logging and fixing problems created in past and present futures, cost's for new Amended laws, orders, and restrictions court fees, filing fees, and punitive damages, costs for systemic changes and religous stucturing with Reforms for public health and safety at: $100,000,000,000.⁰⁰ one hundred billion dollars and Zero cents.

Total amount with relief requested in section (13. of this relief: $350,000,000,000.⁰⁰ three hundred and fifty billion dollars and zero cent's.

22. Requesting Reform of injustices, criminal laws, procedures, codes, and policies not to Trump Civil Constitutional Right's Federal Protections, And Amended Constitutions out of Respect for our forefounders, To love and not practice hate, to make

VI. Relief                                    (Attached Page 5 of 9)

"Peace" and to not make "War". To hold these that practice "Hate and War", in "Constitutional Comntempt" for (3) three days, to (30) thirty days, to (365) three hundred and sixty five days. Charges should range from Constitutional deprivation, to, Cruel and Unusual, to, Treason. Civil committed detainees should recieve proper and just due process of law, and if attorney's, prosecutors, and judges do not appear for court, a warrant should be issued for AWOL, and that case(s) be dismissed. This should be for city, county, and state courts. Taxpayers pay money to the "elected officials" to keep morals, standards, values, and ethics, these, proposed? not to pay for overcrowding in jails, and prisoners to eat. Let Divorce Courts and marraige counselors deal in relationship matters, not officials who are not trained or elected for these disputes, love quarrels, or sexual explicit relations/ that range from (0-10) lame - Average - Deviant, or faithful to Adultress, from truthfull to Feigned, or from loyal to dishonest. People should have the right to Reform, and Criminal laws should not Trump civil constitutional law by any means. There are Nation's inside our Nation that have Soverignty, their own laws, and their own courts, systems, and Constitutions, that should be Reformed, and respected outside our Constitutions.
                    (end of Relief 1-22)

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☑ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

See __DKT #10__, ND.OKla case no. 14-cv-0075-jed-fhm (strike)
See __DKT #7__ ND.OKla case no. 14-cv-0448-GKF-fhm (strike)
(Two(2) strikes only cannot attach order)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Henry Joseph Jaquez

Defendant(s)   Johnny Dallis, Silvia Holmes, Robert Jones, Dakota Jenkins, Mary Burlison

PRIS-14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

     United States District Court for the Eastern District of Oklahoma

3.  Docket or index number

     23-CV-54-RAW-JAR

4.  Name of Judge assigned to your case

     Ronald A. White  and  Jason A. Robertson

5.  Approximate date of filing lawsuit

     April 17th, 2023

6.  Is the case still pending?

     ☑ Yes

     ☐ No

     If no, give the approximate date of disposition.      n/a

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*  Pending

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

     ☑ Yes

     ☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

     Plaintiff(s)      Henry Joseph Jaquez
     Defendant(s)      Kelly Birch et al.,

2.  Court *(if federal court, name the district; if state court, name the county and State)*

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

United States District Court for the Northern District of Oklahoma

3.  Docket or index number  Consolidated

OKND - 4:14-CV-00205 / 4:14-CV-00380 - JED-FHm

4.  Name of Judge assigned to your case

(initials)  JED-FHM

5.  Approximate date of filing lawsuit

Cannot remember?

6.  Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition   August 12th, 2015

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* (Dismissed)

International Center for Religous Law and Studies "Consortium" Picked up case and made "Red Flags" For Bad Law and Bad rulings "P" indicate negitive treatment. New Religous Law made and Consortium

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

VIII. Previous Lawsuits

Attached page (6 of 9), (7 of 9), (8 of 9)
at C. and D.

C. Have you filed other lawsuits in state or federal court
otherwise relating to the conditions of your imprisonment?
☑ Yes
☐ No

D. If your answer to C is yes, describe each lawsuit by
answering questions 1 through 7 below. (If there is more
than one lawsuit, describe the additional lawsuits on another
page, using the same format.)

Jaquez v. Lane et al., NDOK -4:08-CV-00192-JHP-Saj-(moot)
Jaquez V. Newell et al., NDOK-4:07-CV-0049B-GKF-FHM (moot)
Jaquez v. Lawton Corr. Facility et al., WDOK (accepted, adopted, affirmed) (win)
Jaquez v. Elliot et al., EDOK -22-CV-230-JFH-JAR (dismissed)(41(b))
Jaquez v. Cody Smith et al., NDOK 23-CV-80-CBE-SH (written Dismissal
and amended complaint filed, Dismissed 41(b))
Jaquez v. Beck et al., NDOK (Dismissed summary Judgement)
Jaquez v. Cherokee County Sheriffs office et al., EDOK
(dismissed 41(b))
Jaquez v. Cherokee County et al., EDOK (pending)

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    09 / 21 / 2025

Signature of Plaintiff
Printed Name of Plaintiff    Henry Joseph Jaquez
Prison Identification #    1227365
Prison Address    300 N. Denver Ave.
Tulsa        OK    74103
City        State    Zip Code

### B.    For Attorneys

Date of signing:    09 / 21 / 2025

Signature of Attorney
Printed Name of Attorney    Henry Joseph Jaquez - pro se
Bar Number    ( none )
Name of Law Firm    (none) Requested relief of Court Appointed Counsel
Address    300 N. Denver Ave
Tulsa        OK    74103
City        State    Zip Code
Telephone Number    n/a
E-mail Address    n/a

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at    300 N. Denver Ave
Tulsa, OK 74103        on    09 / 21 / 2025    .
(Location)        (Date)

Original Signature of Plaintiff)

PRESS FIRMLY TO SEAL



**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY**
**MAIL** ®

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED



To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

2 5 CV - 5 2 2 CVE - JFJ

**FROM:** Henry Joseph Jaquez     #12,277,365
300 N. Denver Ave.
Tulsa, OK    74103

postmark unknown

RECEIVED
SEP 30 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

**TO:**

Clerk of the Court
United States District Court
For the
Northern District of Oklahoma
333 West Fourth Street, Rm. #411
Tulsa, OK    74103-3819

S/N





This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments.
Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.